# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MATZ, RANDALL JAY | § | Case No. 11-20281 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH R. VOILAND_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

Page: 1

| Case No: | 11-20281 RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | MATZ, RANDALL JAY | | Date Filed (f) or Converted (c): | 05/12/11 (f) |
| | | | 341(a) Meeting Date: | 06/28/11 |
| For Period Ending: | 07/26/14 | | Claims Bar Date: | 04/18/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 33W630 Mare Barn, Wayne, Ill. | 650,000.00 | 13,000.00 | | 0.00 | FA |
| 2. 43.2 acres, Versailles, Ky. | 250,000.00 | 60,000.00 | | 0.00 | FA |
| 3. 10 Marsh Ln., Lake Ozark, Mo. | 200,000.00 | 10,000.00 | | 0.00 | FA |
| 4. Harris Bank - Chcecking acct. | 1,000.00 | 900.00 | | 0.00 | FA |
| 5. household goods | 1,750.00 | 250.00 | | 2,915.28 | FA |
| 6. wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 7. life insurance - Jackson National Term Policy | 0.00 | 0.00 | | 0.00 | FA |
| 8. IRA - Ameriprice | 2,400.00 | 0.00 | | 0.00 | FA |
| 9. stock -Diamond Mart of St. Charles 100% interest | 0.00 | 0.00 | | 0.00 | FA |
| 10. stock -Matz Properties LLC - 66 2/3 % interest | Unknown | 0.00 | | 0.00 | FA |
| 11. Brill Matz Properties LLC - 50% interest | 0.00 | 0.00 | | 0.00 | FA |
| 12. Brads Properties LLC - 100% interest | 1,800,000.00 | 0.00 | | 0.00 | FA |
| 13. Matz Family LLC - 8% member interest | 80,000.00 | 80,000.00 | | 34,938.97 | FA |
| 14. 50% interest in Main Street Partnership LLC | Unknown | 0.00 | | 0.00 | FA |
| 15. Lawsuit benzene-related personal injury case | 3,226.00 | 0.00 | | 0.00 | FA |
| 16. 2002 Dodcge Durango | 2,200.00 | 0.00 | | 0.00 | FA |
| 17. fraudulent transfer - Jill Matz (u) | Unknown | 0.00 | | 20,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $2,990,826.00 | $164,150.00 | | $57,854.25 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is reviewing information regarding possible undisclosed assets.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-20281   RG   Judge: MANUEL BARBOSA | Trustee Name: JOSEPH R. VOILAND |
| Case Name: | MATZ, RANDALL JAY | Date Filed (f) or Converted (c): 05/12/11 (f) |
| | | 341(a) Meeting Date: 06/28/11 |
| | | Claims Bar Date: 04/18/12 |

Initial Projected Date of Final Report (TFR): 10/15/12    Current Projected Date of Final Report (TFR): 09/15/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 11-20281 -RG | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- |
| Case Name: | MATZ, RANDALL JAY | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******1909 Checking Account |
| Taxpayer ID No: | *******3746 | | |
| For Period Ending: | 07/26/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 57,227.56 | | 57,227.56 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 54.88 | 57,172.68 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 82.25 | 57,090.43 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 84.88 | 57,005.55 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 82.01 | 56,923.54 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 57,227.56 | 304.02 | 56,923.54 |
| Less: Bank Transfers/CD's | 57,227.56 | 0.00 | |
| Subtotal | 0.00 | 304.02 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 304.02 | |

Page Subtotals 57,227.56 304.02

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 11-20281 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | MATZ, RANDALL JAY | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******6153  Checking Account |
| Taxpayer ID No: | *******3746 | | | |
| For Period Ending: | 07/26/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/10/12 | 13 | Matz Family Trust | purchase of Matz Family LLC | 1129-000 | 16,000.00 | | 16,000.00 |
| 03/10/12 | 13 | Matz Family LLC | purchase of Matz Family LLC | 1129-000 | 18,938.97 | | 34,938.97 |
| 04/02/12 | 5 | Chase Bank | debtor pymt for nonexempt assets | 1129-000 | 2,915.28 | | 37,854.25 |
| 03/31/13 | | Congressional Bank | bank serfice fee | 2600-000 | | 36.30 | 37,817.95 |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 38.84 | 37,779.11 |
| 06/01/13 | | Congressional Bank | bank service fee | 2600-000 | | 40.16 | 37,738.95 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 40.07 | 37,698.88 |
| 07/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 38.74 | 37,660.14 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 39.99 | 37,620.15 |
| 09/04/13 | 17 | Wells Fargo Bank | settlement proceed - Jill Matz | 1241-000 | 20,000.00 | | 57,620.15 |
| 09/30/13 | | cong bank | bank service fee | 2600-000 | | 39.94 | 57,580.21 |
| 10/31/13 | | cb | bank service fee | 2600-000 | | 55.75 | 57,524.46 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 61.07 | 57,463.39 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 59.05 | 57,404.34 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 60.95 | 57,343.39 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 60.89 | 57,282.50 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 54.94 | 57,227.56 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 57,227.56 | 0.00 |

Page Subtotals     57,854.25     57,854.25

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 11-20281 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | MATZ, RANDALL JAY | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******6153  Checking Account |
| Taxpayer ID No: | *******3746 | | | |
| For Period Ending: | 07/26/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 57,854.25 | 57,854.25 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 57,227.56 | |
| | | | Subtotal | | 57,854.25 | 626.69 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 57,854.25 | 626.69 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - ********1909 | | 0.00 | 304.02 | 56,923.54 |
| | | | Checking Account - ********6153 | | 57,854.25 | 626.69 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 57,854.25 | 930.71 | 56,923.54 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Ver: 17.05c

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 07, 2014 |
|---|---|---|---|---|---|---|

Case Number:  11-20281
Debtor Name:  MATZ, RANDALL JAY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Administrative | | $6,142.71 | $0.00 | $6,142.71 |
| 001<br>2200-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Administrative | | $710.83 | $0.00 | $710.83 |
| 001<br>3110-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Administrative | | $2,337.50 | $0.00 | $2,337.50 |
| 001<br>3120-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Administrative | | $16.85 | $0.00 | $16.85 |
| 001<br>2700-00 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Administrative | | $586.00 | $0.00 | $586.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | | $6,588.83 | $0.00 | $6,588.83 |
| 000002<br>070<br>7100-00 | Old Second National Bank<br>37 S. River St.<br>Aurora, IL 60506 | Unsecured | | $950,487.66 | $0.00 | $950,487.66 |
| 000003<br>070<br>7100-00 | Kinnally, Flaherty,Krentz et al<br>Steven D. Titiner<br>1700 N Farnsworth Ave suite 11<br>Auror,60505 | Unsecured | | $18,616.22 | $0.00 | $18,616.22 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $40,281.75 | $0.00 | $40,281.75 |
| 000005<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $24,273.07 | $0.00 | $24,273.07 |
| 000007<br>070<br>7100-00 | BMO HARRIS BANK, N.A. f/k/a<br>Harris N.A.<br>c/o Matthew M. Hevrin<br>Hinshaw & Culbertson<br>100 Park Avenue<br>Rockford, IL 61101 | Unsecured | | $2,278,352.53 | $0.00 | $2,278,352.53 |
| 000008<br>070<br>7100-00 | Farm Credit Services of Mid-America<br>ATTN: Brad Burke<br>7112 AA Highway<br>Maysville, KY 41056 | Unsecured | | $23,093.00 | $0.00 | $23,093.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 07, 2014 |

Case Number:  11-20281                                              Claim Class Sequence
Debtor Name:  MATZ, RANDALL JAY

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000009 070 7100-00 | Law Offices of William Stogsdill 1776 S. Naperville Rd. Building B, Ste 202 Wheaton, IL 60189 | Unsecured | | $6,750.00 | $0.00 | $6,750.00 |
| 000010 070 7100-00 | Judson Nilles d/b/a Inviso Services Richard J. Nealis & Garrow 510 S Batavia Ave Batavia, IL 60510 | Unsecured | | $110,821.15 | $0.00 | $110,821.15 |
| 000006 050 4110-00 | The PrivateBank & Trust Company c/o Mark J. Carroll, Esq. Guerard, Kalina & Butkus 310 S. County Farm Road, Suite H Wheaton, IL 60187 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $3,469,058.10 | $0.00 | $3,469,058.10 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-20281
Case Name: MATZ, RANDALL JAY
Trustee Name: JOSEPH R. VOILAND

Balance on hand  $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | The PrivateBank & Trust Company | $ | $ | $ | $ |

Total to be paid to secured creditors  $_____

Remaining Balance  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Charges: Clerk of the U.S. Bankruptcy Court | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Old Second National Bank | $ | $ | $ |
| 000003 | Kinnally, Flaherty, Krentz et al | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000007 | BMO HARRIS BANK, N.A. f/k/a Harris N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Farm Credit Services of Mid-America | $ | $ | $ |
| 000009 | Law Offices of William Stogsdill | $ | $ | $ |
| 000010 | Judson Nilles d/b/a Inviso Services | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance                                            $_____


Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*