UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
MATZ, RANDALL JAY                     §     Case No. 11-20281
                                      §
         Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          Clerk of the U.S. Bankruptcy Court
          219 S. Dearborn
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/19/2014 in Courtroom 240,
          United States Courthouse
          c/o Kane County Courthouse
          100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/07/2014          By: Kenneth S. Gardner
                                                         Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MATZ, RANDALL JAY § Case No. 11-20281
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 57,854.25 |
| and approved disbursements of | $ | 930.71 |
| leaving a balance on hand of[1] | $ | 56,923.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | The PrivateBank & Trust Company | $ 589,092.27 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 56,923.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 6,142.71 | $ 0.00 | $ 6,142.71 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 710.83 | $ 0.00 | $ 710.83 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 2,337.50 | $ 0.00 | $ 2,337.50 |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ 16.85 | $ 0.00 | $ 16.85 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 586.00 | $ 0.00 | $ 586.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 9,793.89 |
| Remaining Balance | $ | 47,129.65 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,459,264.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 6,588.83 | $ 0.00 | $ 89.77 |
| 000002 | Old Second National Bank | $ 950,487.66 | $ 0.00 | $ 12,949.62 |
| 000003 | Kinnally, Flaherty,Krentz et al | $ 18,616.22 | $ 0.00 | $ 253.63 |
| 000004 | FIA CARD SERVICES, N.A. | $ 40,281.75 | $ 0.00 | $ 548.81 |
| 000005 | FIA CARD SERVICES, N.A. | $ 24,273.07 | $ 0.00 | $ 330.70 |
| 000007 | BMO HARRIS BANK, N.A. f/k/a Harris N.A. | $ 2,278,352.53 | $ 0.00 | $ 31,040.69 |
| 000008 | Farm Credit Services of Mid-America | $ 23,093.00 | $ 0.00 | $ 314.62 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Law Offices of William Stogsdill | $ 6,750.00 | $ 0.00 | $ 91.96 |
| 000010 | Judson Nilles d/b/a Inviso Services | $ 110,821.15 | $ 0.00 | $ 1,509.85 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 47,129.65 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                  Case No. 11-20281-DRC
Randall Jay Matz                                                        Chapter 7
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: dwilliams              Page 1 of 2                  Date Rcvd: Aug 13, 2014
                               Form ID: pdf006              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2014.
db             +Randall Jay Matz,   2019 Dean St.,   Saint Charles, IL 60174-4802
18471109      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102)
18510537       +BMO HARRIS BANK, N.A. f/k/a Harris N.A.,   c/o Matthew M. Hevrin,   Hinshaw & Culbertson,
                100 Park Avenue,   Rockford, IL 61101-1099
17267032       +BP (Chase),   P.O. Box 15325,   Wilmington, DE 19886-0001
17267031      #+Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
17267036      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citi Platinum Select,   Box 6000,   The Lakes, NV 89163)
17267033       +Central Bank,   3848 Osage Beach Parkway,   PO 207,   Osage Beach, MO 65065-0200
17267034       +Chase Mortgage,   PO 24696,   Columbus, OH 43224-0696
17267035       +Cit Drivers Edge,   Box 6000,   The Lakes, NV 89163-0001
17267039       +Donald Matz,   14954 Delano St.,   Van Nuys, CA 91411-2122
17267040       +Dr. Robert Brill,   4416 Libit,   Encino, CA 91436-3254
17267042     ++++FCS OF AMERICA,   ST. 150,   1051 NEWTOWN PIKE STE 150,   LEXINGTON KY 40511-1245
               (address filed with court: FCS of America,   1051 Newton Pike Pkwy,   St. 150,
                Lexington, KY 40511)
18750153       +Farm Credit Services of Mid-America,   ATTN: Brad Burke,   7112 AA Highway,
                Maysville, KY 41056-8448
22193457       +Farm Credit Services of Mid-America, FLCA,   Attn: Mike Buckman,   2902 Dolphin Drive,
                Elizabethtown, KY 42701-7102
17267044       +Harris Bank,   c/o Hinshaw and Culbertson,   100 Park Ave., PO 1389,   Rockford, IL 61105-1389
17267047       +Inviso Service,   c/o Nealis & Garrow,   510 S. Batavia Ave.,   Batavia, IL 60510-2902
18769731       +Judson Nilles d/b/a Inviso Services,   Richard J. Nealis & Garrow,   510 S Batavia Ave,
                Batavia,IL 60510-2902
18445176       +Kinnally, Flaherty,Krentz et al,   Steven D. Titiner,   1700 N Farnsworth Ave suite 11,
                Auror, 60505-1186
17267049       +Law Offices of William Stogsdill,   1776 S. Naperville Rd.,   Building B, Ste 202,
                Wheaton, IL 60189-5886
17267050       +Old Second National Bank,   37 S. River St.,   Aurora, IL 60506-4172
17267051       +Platinum Plus,   P.O. Box 15710,   Wilmington, DE 19886-5710
17267052       +Private Bank,   1100 Jorie Blvd.,   Oak Brook, IL 60523-2242
17267053       +Royal Hawk Country Club,   5N748 Burr Rd.,   Saint Charles, IL 60175-6107
17267054       +South Elgin Polic,   10 N. Water St.,   South Elgin, IL 60177-1602
17267055       +Stephanie Christo,   710 W. Hampton,   Loves Park, IL 61111-8964
17267056       +Steve Titiner,   1700 N. Farnsworth Ave,   Suite 11,   Aurora, IL 60505-1186
18503351       +The PrivateBank & Trust Company,   c/o Mark J. Carroll, Esq.,   Guerard, Kalina & Butkus,
                310 S. County Farm Road, Suite H,   Wheaton, IL 60187-2409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18407783        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 14 2014 01:30:03      Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany OH 43054-3025
17267038       +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 14 2014 01:30:03      Discover Card,
                P.O. Box 6103,   Carol Stream, IL 60197-6103
17267046        E-mail/Text: cio.bncmail@irs.gov Aug 14 2014 00:58:59      Internal Revenue Service,
                Mail Stop 5010 CHI,   230 S. Dearborn Street,   Chicago, IL 60604
17267048       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 14 2014 00:58:52      Kohls,   P.O. Box 3115,
                Milwaukee, WI 53201-3115
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17267037        Diamnd Mart
17267041        Eclipe Inc. DBA RSVP
17267028      ##+Alicia Matz,   PO 443,   Wayne, IL 60184-0443
17267029      ##+Amber Lafayette,   1710 Larson Ave,   Saint Charles, IL 60174-4675
17267030      ##+Bank Leumi,   100 N. LaSalle St.,   Chicago, IL 60602-2448
17267043      ##+Frederick Norris Jr.,   303 W. Main St.,   St. 200,   Saint Charles, IL 60174-1843
17267045      ##+Home Depot,   P.O. Box 653000,   Dallas, TX 75265-3000
                                                                                              TOTALS: 2, * 0, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 2                   Date Rcvd: Aug 13, 2014
                               Form ID: pdf006              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2014 at the address(es) listed below:

```
          Anthony  Sammarco    on behalf of Creditor    Law Offices of William J Stogsdill Jr PC
           rita@stogsdilllaw.com
          Gloria  C  Tsotsos    on behalf of Creditor    Central Bank of Lake of the Ozarks
           nd-two@il.cslegal.com
          Heather M Giannino    on behalf of Creditor    JP Morgan Chase Bank, National Association
           bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
          James L. Wright    on behalf of Creditor    Farm Credit Services of Mid-America, FLCA
           jwright@zcwlaw.com, lkuziel@zcwlaw.com;srajzer@zcwlaw.com;agilbertson@zcwlaw.com
          Joseph  Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
          Joseph  Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net,
           jvoiland@ecf.epiqsystems.com
          Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
          Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
          Joshua D. Greene    on behalf of Defendant Randall Jay Matz jgreene@davisgreenelaw.com
          Mark J. Carroll    on behalf of Creditor    The Privatebank and Trust Company
           carrollmark@ameritech.net
          Michael J. Davis    on behalf of Defendant Jill A. Matz mdavis@davisgreenelaw.com,
           davislaw80@gmail.com;llarson@davisgreenelaw.com
          Michael J. Davis    on behalf of Debtor Randall Jay Matz mdavis@davisgreenelaw.com,
           davislaw80@gmail.com;llarson@davisgreenelaw.com
          Michael J. Davis    on behalf of Defendant Randall Jay Matz mdavis@davisgreenelaw.com,
           davislaw80@gmail.com;llarson@davisgreenelaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 14
```