UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MATZ, RANDALL JAY § Case No. 11-20281
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/JOSEPH R. VOILAND_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | THE PRIVATEBANK & TRUST COMPANY |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CONG BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | BMO HARRIS BANK, N.A. F/K/A HARRIS | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000008 | FARM CREDIT SERVICES OF MID-AMERICA | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000010 | JUDSON NILLES D/B/A INVISO SERVICES | | | | | |
| 000003 | KINNALLY, FLAHERTY,KRENTZ ET AL | | | | | |
| 000009 | LAW OFFICES OF WILLIAM STOGSDILL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | OLD SECOND NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-20281 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|---|
| Case Name: | MATZ, RANDALL JAY | | | | Date Filed (f) or Converted (c): | 05/12/11 (f) |
| | | | | | 341(a) Meeting Date: | 06/28/11 |
| For Period Ending: | 07/26/14 | | | | Claims Bar Date: | 04/18/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 33W630 Mare Barn, Wayne, Ill. | 650,000.00 | 13,000.00 | | 0.00 | FA |
| 2. 43.2 acres, Versailles, Ky. | 250,000.00 | 60,000.00 | | 0.00 | FA |
| 3. 10 Marsh Ln., Lake Ozark, Mo. | 200,000.00 | 10,000.00 | | 0.00 | FA |
| 4. Harris Bank - Chcecking acct. | 1,000.00 | 900.00 | | 0.00 | FA |
| 5. household goods | 1,750.00 | 250.00 | | 2,915.28 | FA |
| 6. wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 7. life insurance - Jackson National Term Policy | 0.00 | 0.00 | | 0.00 | FA |
| 8. IRA - Ameriprice | 2,400.00 | 0.00 | | 0.00 | FA |
| 9. stock -Diamond Mart of St. Charles 100% interest | 0.00 | 0.00 | | 0.00 | FA |
| 10. stock -Matz Properties LLC - 66 2/3 % interest | Unknown | 0.00 | | 0.00 | FA |
| 11. Brill Matz Properties LLC - 50% interest | 0.00 | 0.00 | | 0.00 | FA |
| 12. Brads Properties LLC - 100% interest | 1,800,000.00 | 0.00 | | 0.00 | FA |
| 13. Matz Family LLC - 8% member interest | 80,000.00 | 80,000.00 | | 34,938.97 | FA |
| 14. 50% interest in Main Street Partnership LLC | Unknown | 0.00 | | 0.00 | FA |
| 15. Lawsuit benzene-related personal injury case | 3,226.00 | 0.00 | | 0.00 | FA |
| 16. 2002 Dodcge Durango | 2,200.00 | 0.00 | | 0.00 | FA |
| 17. fraudulent transfer - Jill Matz (u) | Unknown | 0.00 | | 20,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,990,826.00 | $164,150.00 | | $57,854.25 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is reviewing information regarding possible undisclosed assets.

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | |
|---|---|
| Case No: | 11-20281    RG    Judge: MANUEL BARBOSA |
| Case Name: | MATZ, RANDALL JAY |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Date Filed (f) or Converted (c): | 05/12/11 (f) |
| 341(a) Meeting Date: | 06/28/11 |
| Claims Bar Date: | 04/18/12 |

Initial Projected Date of Final Report (TFR): 10/15/12    Current Projected Date of Final Report (TFR): 09/15/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-20281 -DRC | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | MATZ, RANDALL JAY | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******1909  Checking Account |
| Taxpayer ID No: | *******3746 | | | |
| For Period Ending: | 11/06/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 57,227.56 | | 57,227.56 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 54.88 | 57,172.68 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 82.25 | 57,090.43 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 84.88 | 57,005.55 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 82.01 | 56,923.54 |
| 09/19/14 | 003001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 2100-000 | | 6,142.71 | 50,780.83 |
| 09/19/14 | 003002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 2200-000 | | 710.83 | 50,070.00 |
| 09/19/14 | 003003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 3110-000 | | 2,337.50 | 47,732.50 |
| 09/19/14 | 003004 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 3120-000 | | 16.85 | 47,715.65 |
| 09/19/14 | 003005 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL  60604 | | 2700-000 | | 586.00 | 47,129.65 |
| 09/19/14 | 003006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | | 7100-000 | | 89.77 | 47,039.88 |
| 09/19/14 | 003007 | Old Second National Bank<br>37 S. River St.<br>Aurora, IL 60506 | | 7100-000 | | 12,949.62 | 34,090.26 |
| 09/19/14 | 003008 | Kinnally, Flaherty,Krentz et al | | 7100-000 | | 253.63 | 33,836.63 |
| | | | Page Subtotals | | 57,227.56 | 23,390.93 | |

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-20281 -DRC | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | MATZ, RANDALL JAY | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******1909 Checking Account |
| Taxpayer ID No: | *******3746 | | |
| For Period Ending: | 11/06/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Steven D. Titiner | | | | |
| | | 1700 N Farnsworth Ave suite 11 | | | | |
| | | Auror,60505 | | | | |
| 09/19/14 | 003009 | FIA CARD SERVICES, N.A. | | 7100-000 | | 548.81 | 33,287.82 |
| | | PO Box 15102 | | | | |
| | | Wilmington, DE 19886-5102 | | | | |
| 09/19/14 | 003010 | FIA CARD SERVICES, N.A. | | 7100-000 | | 330.70 | 32,957.12 |
| | | PO Box 15102 | | | | |
| | | Wilmington, DE 19886-5102 | | | | |
| 09/19/14 | 003011 | BMO HARRIS BANK, N.A. f/k/a Harris N.A. | | 7100-000 | | 31,040.69 | 1,916.43 |
| | | c/o Matthew M. Hevrin | | | | |
| | | Hinshaw & Culbertson | | | | |
| | | 100 Park Avenue | | | | |
| | | Rockford, IL 61101 | | | | |
| 09/19/14 | 003012 | Farm Credit Services of Mid-America | | 7100-000 | | 314.62 | 1,601.81 |
| | | ATTN: Brad Burke | | | | |
| | | 7112 AA Highway | | | | |
| | | Maysville, KY 41056 | | | | |
| 09/19/14 | 003013 | Law Offices of William Stogsdill | | 7100-000 | | 91.96 | 1,509.85 |
| | | 1776 S. Naperville Rd. | | | | |
| | | Building B, Ste 202 | | | | |
| | | Wheaton, IL 60189 | | | | |
| 09/19/14 | 003014 | Judson Nilles d/b/a Inviso Services | | 7100-000 | | 1,509.85 | 0.00 |
| | | Richard J. Nealis & Garrow | | | | |
| | | 510 S Batavia Ave | | | | |
| | | Batavia,IL 60510 | | | | |

Page Subtotals        0.00        33,836.63

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-20281 -DRC | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | MATZ, RANDALL JAY | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******1909  Checking Account |
| Taxpayer ID No: | *******3746 | | |
| For Period Ending: | 11/06/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 57,227.56 | 57,227.56 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 57,227.56 | 0.00 | |
| | | | Subtotal | | 0.00 | 57,227.56 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 57,227.56 | |

Page Subtotals        0.00        0.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-20281 -DRC | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | MATZ, RANDALL JAY | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******6153  Checking Account |
| Taxpayer ID No: | *******3746 | | | |
| For Period Ending: | 11/06/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/10/12 | 13 | Matz Family Trust | purchase of Matz Family LLC | 1129-000 | 16,000.00 | | 16,000.00 |
| 03/10/12 | 13 | Matz Family LLC | purchase of Matz Family LLC | 1129-000 | 18,938.97 | | 34,938.97 |
| 04/02/12 | 5 | Chase Bank | debtor pymt for nonexempt assets | 1129-000 | 2,915.28 | | 37,854.25 |
| 03/31/13 | | Congressional Bank | bank serfice fee | 2600-000 | | 36.30 | 37,817.95 |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 38.84 | 37,779.11 |
| 06/01/13 | | Congressional Bank | bank service fee | 2600-000 | | 40.16 | 37,738.95 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 40.07 | 37,698.88 |
| 07/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 38.74 | 37,660.14 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 39.99 | 37,620.15 |
| 09/04/13 | 17 | Wells Fargo Bank | settlement proceed - Jill Matz | 1241-000 | 20,000.00 | | 57,620.15 |
| 09/30/13 | | cong bank | bank service fee | 2600-000 | | 39.94 | 57,580.21 |
| 10/31/13 | | cb | bank service fee | 2600-000 | | 55.75 | 57,524.46 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 61.07 | 57,463.39 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 59.05 | 57,404.34 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 60.95 | 57,343.39 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 60.89 | 57,282.50 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 54.94 | 57,227.56 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 57,227.56 | 0.00 |

Page Subtotals    57,854.25    57,854.25

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-20281 -DRC |
| Case Name: | MATZ, RANDALL JAY |
| Taxpayer ID No: | *******3746 |
| For Period Ending: | 11/06/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******6153 Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 57,854.25 | 57,854.25 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 57,227.56 | |
| | | | Subtotal | | 57,854.25 | 626.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 57,854.25 | 626.69 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********1909 | 0.00 | 57,227.56 | 0.00 |
| Checking Account - ********6153 | 57,854.25 | 626.69 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 57,854.25 | 57,854.25 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*